UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-1352

PANORAMIC STOCK IMAGES, LTD
DBA PANORAMIC IMAGES,

      PLAINTIFF,

v.

THE LONGBOAT CONNECTION,
INC. DBA FL VACATION
CONNECTION,

      DEFENDANT.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff PANORAMIC STOCK IMAGES, LTD DBA PANORAMIC IMAGES by and through its undersigned counsel, brings this Complaint against Defendant THE LONGBOAT CONNECTION, INC. DBA FL VACATION CONNECTION for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.    Plaintiff PANORAMIC STOCK IMAGES, LTD DBA PANORAMIC IMAGES ("Panoramic") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Panoramic's original copyrighted Work of authorship.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK

2.      Panoramic has specialized in wide and large-format panoramic photography for over 25 years. Their global roster of acclaimed photographers captures the world in awe-inspiring size to create a collection of international images: city skylines, landscapes, travel, lifestyles, cultural heritage, world destinations and aerials.

3.      Defendant THE LONGBOAT CONNECTION, INC. DBA FL VACATION CONNECTION ("Longboat Connection") is a vacation rental service for Longboat Key, Florida and Lido Key, Florida. At all times relevant herein, Longboat Connection owned and operated the internet website located at the URL www.flvacationconnection.com (the "Website").

4.      Panoramic alleges that Longboat Connection copied Panoramic's copyrighted Work from the internet in order to advertise, market and promote its business activities. Longboat Connection committed the violations alleged in connection with Longboat Connection's business for purposes of advertising and promoting sales to the public in the course and scope of the Longboat Connection's vacation rental business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Defendant is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. The Longboat Connection, Inc. dba FL Vacation Connection is a Florida Corporation, with its principal place of business at 3720 Gulf of Mexico Drive, Longboat Key, Florida 34228, and can be served by serving its Registered Agent, David M. Silberstein, at 1515 Ringling Blvd., Suite 860, Sarasota, Florida, 34236.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2006, non-party Photographer, James Schwabel, created the photograph entitled "95662" which is shown below and referred to herein as the "Work". The rights to that Work were subsequently assigned to Panoramic.



11. At the time Panoramic obtained the Work, Panoramic applied copyright management information to the Work consisting of a black bottom border with the words "Panoramic Images" in white in the bottom left corner, and "Image ID PAN342748 www.panoramicimages.com" in the bottom right corner.

12. Panoramic registered the Work with the Register of Copyrights on October 29, 2018, and was assigned registration number VA 2-128-023. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Panoramic was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Longboat Connection has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Longboat Connection copied the Work.

16. On or about June 30, 2022, Panoramic discovered the unauthorized use of its Work on the Website.

17. Longboat Connection copied Panoramic's copyrighted Work without Panoramic's permission.

18. After Longboat Connection copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its vacation rental business.

19. Longboat Connection copied and distributed Panoramic's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Panoramic's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

21. Longboat Connection committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Panoramic never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

23. Panoramic notified Longboat Connection of the allegations set forth herein on July 18, 2022 and August 18, 2022. To date, the parties have failed to resolve this matter.

24. When Longboat Connection copied and displayed the Work at issue in this case, Longboat Connection removed Panoramic's copyright management information from the Work.

25. Panoramic never gave Longboat Connection permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

26. Panoramic incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Panoramic owns a valid copyright in the Work at issue in this case.

28. Panoramic registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. Defendant copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Panoramic's authorization in violation of 17 U.S.C. § 501.

30. Defendant performed the acts alleged in the course and scope of its business activities.

31. Defendant's acts were willful.

32. Panoramic has been damaged.

33. The harm caused to Panoramic has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

34. Panoramic incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

35. The Work at issue in this case contains copyright management information ("CMI").

36. Longboat Connection knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

37. Longboat Connection committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Panoramic's rights in the Work at issue in this action protected under the Copyright Act.

38. Longboat Connection caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Panoramic's rights in the Work at issue in this action protected under the Copyright Act.

39. Panoramic has been damaged.

40. The harm caused to Panoramic has been irreparable.

WHEREFORE, the Plaintiff Panoramic Stock Images, Ltd dba Panoramic Images prays for judgment against the Defendant The Longboat Connection, Inc. dba FL Vacation Connection that:

    a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

    b.    Defendant be required to pay Plaintiff its actual damages and Longboat Connection's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

    c.    Panoramic be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

    d.    Panoramic be awarded pre- and post-judgment interest; and

    e.    Panoramic be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Panoramic hereby demands a trial by jury of all issues so triable.

DATED: June 16, 2023        Respectfully submitted,

    */s/Marian V. Quintero*
    MARIAN V. QUINTERO
    Florida Bar Number: 1040194
    marian.quintero@sriplaw.com
    JOEL B. ROTHMAN
    Florida Bar Number: 98220
    joel.rothman@sriplaw.com

    *Counsel for Plaintiff Panoramic Stock Images, Ltd dba Panoramic Images*